# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# KANSAS CITY DIVISION

In re: Object Resources, Inc. § Case No. 05-20627-7 RDB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Carl R. Clark, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $188,829.98  Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,599.85  Claims Discharged Without Payment: $1,730,704.07

Total Expenses of Administration: $8,511.62

    3) Total gross receipts of $ 14,111.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,111.47 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $418,226.75 | $362,143.44 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,511.62 | 8,511.62 | 8,511.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 49,250.00 | 24,250.52 | 6,115.07 | 5,599.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,625,098.40 | 262,840.45 | 66,840.45 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,092,575.15 | $657,746.03 | $81,467.14 | $14,111.47 |

    4) This case was originally filed under Chapter 7 on February 25, 2005. The case was pending for 77 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2011    By: /s/Carl R. Clark
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 941 tax refund for 6/02 | 1224-000 | 5,618.26 |
| 941 tax refund for 12/01 | 1224-000 | 2,542.75 |
| 941 tax refund for 9/01 | 1224-000 | 2,714.96 |
| Preference Payment - Clark v. Ganesan, et al | 1141-000 | 3,000.00 |
| Interest Income | 1270-000 | 235.50 |
| **TOTAL GROSS RECEIPTS** | | **$14,111.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Alain Philippe | 4110-000 | N/A | 90,535.86 | 0.00 | 0.00 |
| 17 | Alain Philippe | 4110-000 | N/A | 90,535.86 | 0.00 | 0.00 |
| 19 | Alain Philippe | 4110-000 | N/A | 90,535.86 | 0.00 | 0.00 |
| 20 | First Bank & Trust | 4110-000 | N/A | 90,535.86 | 0.00 | 0.00 |
| NOTFILED | Suresh Ram | 4110-000 | 27,582.75 | N/A | N/A | 0.00 |
| NOTFILED | Suchitra Padmanabhan | 4110-000 | 275,314.00 | N/A | N/A | 0.00 |
| NOTFILED | Suchitra Padmanabhan | 4110-000 | 3,360.00 | N/A | N/A | 0.00 |
| NOTFILED | First Kansas Bank & Trust | 4110-000 | 2,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | First Kansas Bank & Trust | 4110-000 | 107,970.00 | N/A | N/A | 0.00 |
| NOTFILED | Suchitra Padmanabhan | 4110-000 | 2,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $418,226.75 | $362,143.44 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Carl R. Clark | 2100-000 | N/A | 2,161.15 | 2,161.15 | 2,161.15 |
| Carl R. Clark | 2200-000 | N/A | 500.00 | 500.00 | 500.00 |
| Kane, Mitchell Co., L.L.C. | 3410-000 | N/A | 3,100.00 | 3,100.00 | 3,100.00 |
| Lentz Clark Deines PA | 3110-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Lentz Clark Deines PA | 3120-000 | N/A | 250.47 | 250.47 | 250.47 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,511.62 | 8,511.62 | 8,511.62 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Treasury | 5300-000 | N/A | N/A | 81.20 | 81.20 |
| | U.S. Treasury | 5300-000 | N/A | N/A | 1,399.95 | 1,399.95 |
| | Kansas Withholding Tax | 5300-000 | N/A | N/A | 279.98 | 279.98 |
| | U.S. Treasury | 5300-000 | N/A | N/A | 235.21 | 235.21 |
| 2 | Rakesh Domalapalli | 5300-000 | N/A | 800.65 | 515.22 | 515.22 |
| 4 | Mahendra Sreerama | 5300-000 | N/A | 800.65 | 515.22 | 0.00 |
| 7 | Sathiamuthy Ganesan | 5300-000 | N/A | 800.65 | 515.22 | 515.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Rajkumar W. Thomas Ponnusamy | 5300-000 | N/A | 795.95 | 512.19 | 512.19 |
| 13 | Rajesh B. Salian | 5300-000 | N/A | 800.65 | 515.22 | 515.22 |
| 21 | Vinay P. Menon | 5300-000 | N/A | 800.65 | 515.22 | 515.22 |
| 23 | Mahadevan S. Puliadi | 5300-000 | N/A | 800.65 | 515.22 | 515.22 |
| 25 | New York State | 5800-000 | N/A | 16,714.04 | 0.00 | 0.00 |
| 26 | Maryland Dept of Labor | 5800-000 | N/A | 271.41 | 0.00 | 0.00 |
| 27 | Internal Revenue Service | 5800-000 | N/A | 1,150.00 | 0.00 | 0.00 |
| KSBRCT | U.S. Bankruptcy Court - U.S. Bankruptcy Court | 5300-001 | N/A | 515.22 | 515.22 | 515.22 |
| NOTFILED | Amit Arora | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harsha Ram Ramu Devarahally | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | John Margiolas | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Vinay Menon Perumbayil | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Suresh Kumar Jegadeesan | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Sivamurugan Paramasamy | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mahadevan S. Puliadi | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Sathis Kumar Narayanasamy | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Sathiamuthy Ganesan | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Rakesh Domalapalli | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Mahendra Sreerama | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Pradeep Ranjan Avadhani | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rajesh B. Salian | 5200-000 | 4,925.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 49,250.00 | 24,250.52 | 6,115.07 | 5,599.85 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Federal Express Corporation | 7100-000 | N/A | 2,691.83 | 2,691.83 | 0.00 |
| 2 | Rakesh Domalapalli | 7100-000 | N/A | 1,575.00 | 1,575.00 | 0.00 |
| 3 | Mitchell Silberberg & Knupp | 7100-000 | 11,000.00 | 10,904.66 | 10,904.66 | 0.00 |
| 4 | Mahendra Sreerama | 7100-000 | N/A | 8,035.00 | 8,035.00 | 0.00 |
| 5 | Kenneth W. Mastrilli | 7100-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| 6 | Alan F. Bilzi | 7100-000 | N/A | 38,500.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Sathiamuthy Ganesan | 7100-000 | N/A | 10,567.96 | 10,567.96 | 0.00 |
| 8 | Morton Mower | 7100-000 | N/A | 25,000.00 | 0.00 | 0.00 |
| 9 | Lincoln General Ins. Company | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Roger Lash | 7100-000 | N/A | 25,000.00 | 0.00 | 0.00 |
| 11 | Harold A. Havekotte Inc | 7100-000 | N/A | 12,500.00 | 0.00 | 0.00 |
| 13 | Rajesh B. Salian | 7100-000 | N/A | 11,300.00 | 11,300.00 | 0.00 |
| 15 | Alain Philippe | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | Alain Philippe | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | Alain Philippe | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 21 | Vinay P. Menon | 7100-000 | N/A | 9,650.00 | 9,650.00 | 0.00 |
| 22 | Channing L. Pratt | 7100-000 | N/A | 20,000.00 | 0.00 | 0.00 |
| 23 | Mahadevan S. Puliadi | 7100-000 | N/A | 12,116.00 | 12,116.00 | 0.00 |
| 24 | Lyonshare Venture Capital | 7200-000 | N/A | 25,000.00 | 0.00 | 0.00 |
| NOTFILED | Birch Telecom | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Bala Bhaskar | 7100-000 | 3,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Bristol Court, LLC | 7100-000 | 96,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Augustin Rajkumar | 7100-000 | 4,530.00 | N/A | N/A | 0.00 |
| NOTFILED | Suresh Ram | 7100-000 | 384,947.00 | N/A | N/A | 0.00 |
| NOTFILED | Vinay Menon Perumbayil | 7100-000 | 14,575.00 | N/A | N/A | 0.00 |
| NOTFILED | Suchitra Padmanabhan | 7100-000 | 436,479.00 | N/A | N/A | 0.00 |
| NOTFILED | Ameritas Dental Insurance | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Srinivas Penmetcha | 7100-000 | 3,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Rishi Bharathan | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 364.80 | N/A | N/A | 0.00 |
| NOTFILED | SBC | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Humana Insurance Company | 7100-000 | 8,090.18 | N/A | N/A | 0.00 |
| NOTFILED | Kiran Turaga | 7100-000 | 1,204.00 | N/A | N/A | 0.00 |
| NOTFILED | Kiran Vadiparthi | 7100-000 | 1,326.00 | N/A | N/A | 0.00 |
| NOTFILED | Kane Mitchelle & Co., LLC | 7100-000 | 6,662.00 | N/A | N/A | 0.00 |
| NOTFILED | Vamsi Suvvarai | 7100-000 | 1,809.00 | N/A | N/A | 0.00 |
| NOTFILED | Venkat Gorrepati | 7100-000 | 2,381.00 | N/A | N/A | 0.00 |
| NOTFILED | Vision Systems Group | 7100-000 | 30,015.00 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence Chellapa | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Metlife Insurance One Madison Avenue | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Hotjobs.com | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ramesh Ganesan | 7100-000 | 437,726.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitchayan & Associates, P.C. | 7100-000 | 14,010.00 | N/A | N/A | 0.00 |
| NOTFILED | Kalyan Pemmasani | 7100-000 | 2,334.00 | N/A | N/A | 0.00 |
| NOTFILED | Monster.com | 7100-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Paychex | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hartford Insurance (GL&WC) | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Amit Arora | 7100-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Rajesh B. Salian | 7100-000 | 16,225.00 | N/A | N/A | 0.00 |
| NOTFILED | Pradeep Ranjan Avadhani | 7100-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Rakesh Domalapalli | 7100-000 | 14,819.20 | N/A | N/A | 0.00 |
| NOTFILED | Sathiamuthy Ganesan | 7100-000 | 19,423.04 | N/A | N/A | 0.00 |
| NOTFILED | Sivamurugan Paramasamy | 7100-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Sathis Kumar Narayanasamy | 7100-000 | 15,751.15 | N/A | N/A | 0.00 |
| NOTFILED | Mahendra Sreerama | 7100-000 | 29,141.20 | N/A | N/A | 0.00 |
| NOTFILED | Mahadevan S. Puliadi | 7100-000 | 12,777.60 | N/A | N/A | 0.00 |
| NOTFILED | Suresh Kumar Jegadeesan | 7100-000 | 6,468.85 | N/A | N/A | 0.00 |
| NOTFILED | John Margiolas | 7100-000 | 9,548.00 | N/A | N/A | 0.00 |
| NOTFILED | Harsha Ram Ramu Devarahally | 7100-000 | 13,731.38 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,625,098.40 | 262,840.45 | 66,840.45 | 0.00 |

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-20627-7 RDB  
**Case Name:** Object Resources, Inc.

**Trustee:** (360100) Carl R. Clark  
**Filed (f) or Converted (c):** 02/25/05 (f)  
**§341(a) Meeting Date:** 03/25/05  

**Period Ending:** 08/03/11  
**Claims Bar Date:** 07/11/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 941 tax refund for 6/02 (u) | 5,618.28 | 5,618.28 | | 5,618.26 | FA |
| 2 | 941 tax refund for 12/01 (u) | 2,542.75 | 2,542.75 | | 2,542.75 | FA |
| 3 | 941 tax refund for 9/01 (u) | 2,714.96 | 2,714.96 | | 2,714.96 | FA |
| 4 | Real estate - none | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account First Kansas Bank & Trust negative balance | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account First Kansas Bank & Trust | 3,360.00 | 0.00 | DA | 0.00 | FA |
| 7 | Accounts Receivable<br>  Comsys Inc $24917.80;<br>Global Technologies $12160;<br>Lockheed Martin IT $28667.68;<br>Rose International $31618.50;<br>Talentlink $32240;<br>Wimmer Solutions $32394;<br>Corpus, Inc. $21472 | 183,469.98 | 0.00 | DA | 0.00 | FA |
| 8 | Office Equipment | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Preference Payment - Clark v. Ganesan, et al | 51,715.63 | 3,000.00 | | 3,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 235.50 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$251,421.60** | **$13,875.99** | | **$14,111.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/14/2011  Final Account sent to Wichita

**Initial Projected Date Of Final Report (TFR):**   February 25, 2007      **Current Projected Date Of Final Report (TFR):**   July 22, 2010  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-20627-7 RDB | Trustee: | Carl R. Clark (360100) |
|---|---|---|---|
| Case Name: | Object Resources, Inc. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | 312-5925398-65 - Money Market Account |
| Taxpayer ID #: | 22-3373021 | Blanket Bond: | $19,000,000.00 (per case limit) |
| Period Ending: | 08/03/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/05 | {3} | U.S. Treasury | 941 Refund September 2001 | 1224-000 | 2,714.96 | | 2,714.96 |
| 05/09/05 | {1} | U.S. Treasury | 941 Refund June 2002 | 1224-000 | 5,618.26 | | 8,333.22 |
| 05/09/05 | {2} | U.S. Treasury | 941 Refund December 2001 | 1224-000 | 2,542.75 | | 10,875.97 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 2.22 | | 10,878.19 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 3.47 | | 10,881.66 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.77 | | 10,885.43 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 4.16 | | 10,889.59 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 4.28 | | 10,893.87 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.73 | | 10,898.60 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.93 | | 10,903.53 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.45 | | 10,908.98 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.14 | | 10,915.12 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.86 | | 10,920.98 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.49 | | 10,927.47 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.92 | | 10,934.39 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.43 | | 10,941.82 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.20 | | 10,949.02 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.44 | | 10,956.46 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.45 | | 10,963.91 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.96 | | 10,970.87 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.69 | | 10,978.56 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.21 | | 10,985.77 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.98 | | 10,992.75 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.33 | | 11,000.08 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.48 | | 11,005.56 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.87 | | 11,011.43 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.07 | | 11,017.50 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.07 | | 11,023.57 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.69 | | 11,029.26 |
| 07/30/07 | {9} | Lathrop & Gage L.C. | Ganesan Preference | 1141-000 | 3,000.00 | | 14,029.26 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.28 | | 14,035.54 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.74 | | 14,043.28 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.99 | | 14,050.27 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.25 | | 14,058.52 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.31 | | 14,065.83 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.16 | | 14,072.99 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.43 | | 14,079.42 |

| | | Subtotals : | $14,079.42 | $0.00 | |

{} Asset reference(s)

Printed: 08/03/2011 10:20 AM  V.12.57

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-20627-7 RDB  
**Case Name:** Object Resources, Inc.  
**Taxpayer ID #:** 22-3373021  
**Period Ending:** 08/03/11  

**Trustee:** Carl R. Clark (360100)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-5925398-65 - Money Market Account  
**Blanket Bond:** $19,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---:|---:|---:|
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.88 | | 14,082.30 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.61 | | 14,084.91 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.96 | | 14,086.87 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.76 | | 14,088.63 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.79 | | 14,090.42 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.79 | | 14,092.21 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.67 | | 14,093.88 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.84 | | 14,095.72 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.53 | | 14,097.25 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.10 | | 14,098.35 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 14,099.34 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,099.91 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 14,100.44 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 14,101.05 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,101.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 14,102.17 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 14,102.78 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,103.37 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,103.96 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,104.53 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,105.10 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,105.69 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,106.28 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 14,106.83 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 14,106.88 |
| 02/02/10 | | Wire out to BNYM account 000592539865 | Wire out to BNYM account 000592539865 | 9999-000 | -14,106.88 | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---:|---:|---:|
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -14,106.88 | 0.00 | |
| | | | Subtotal | | 14,106.88 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,106.88 | $0.00 | |

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 05-20627-7 RDB | **Trustee:** | Carl R. Clark (360100) |
| **Case Name:** Object Resources, Inc. | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-05925398-65 - Money Market Account |
| **Taxpayer ID #:** 22-3373021 | **Blanket Bond:** | $19,000,000.00 (per case limit) |
| **Period Ending:** 08/03/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312592539865 | Wire in from JPMorgan Chase Bank, N.A. account 312592539865 | 9999-000 | 14,106.88 | | 14,106.88 |
| 02/26/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.73 | | 14,107.61 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.83 | | 14,108.44 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.82 | | 14,109.26 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.83 | | 14,110.09 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.81 | | 14,110.90 |
| 07/22/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.57 | | 14,111.47 |
| 07/22/10 | | To Account #92000592539866 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 14,111.47 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 14,111.47 | 14,111.47 | $0.00 |
| Less: Bank Transfers | | 14,106.88 | 14,111.47 | |
| **Subtotal** | | 4.59 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4.59** | **$0.00** | |

{} Asset reference(s)

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-20627-7 RDB | | Trustee: | Carl R. Clark (360100) |
|---|---|---|---|---|
| Case Name: | Object Resources, Inc. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-05925398-66 - Checking Account |
| Taxpayer ID #: | 22-3373021 | | Blanket Bond: | $19,000,000.00 (per case limit) |
| Period Ending: | 08/03/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/22/10 | | From Account #92000592539865 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 14,111.47 | | 14,111.47 |
| 12/31/10 | 101 | Carl R. Clark | Dividend paid 100.00% on $2,161.15, Trustee Compensation; Reference: Voided on 01/11/11 | 2100-000 | | 2,161.15 | 11,950.32 |
| 12/31/10 | 102 | Carl R. Clark | Dividend paid 100.00% on $500.00, Trustee Expenses; Reference: Voided on 01/11/11 | 2200-000 | | 500.00 | 11,450.32 |
| 12/31/10 | 103 | Kane, Mitchell Co., L.L.C. | Dividend paid 100.00% on $3,100.00, Accountant for Trustee Fees (Other Firm); Reference: Voided on 01/11/11 | 3410-000 | | 3,100.00 | 8,350.32 |
| 12/31/10 | 104 | Lentz Clark Deines PA | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: 20 05-2091 Voided on 01/11/11 | 3110-000 | | 1,500.00 | 6,850.32 |
| 12/31/10 | 105 | Lentz Clark Deines PA | Dividend paid 100.00% on $250.47, Attorney for Trustee Expenses (Trustee Firm); Reference: 20 05-2091 Voided on 01/11/11 | 3120-000 | | 250.47 | 6,599.85 |
| 12/31/10 | 106 | U.S. Bankruptcy Court | Dividend paid 100.00% on $1,000.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: COURT COSTS Voided on 01/11/11 | 2700-000 | | 1,000.00 | 5,599.85 |
| 12/31/10 | 107 | Internal Revenue Service | Dividend paid 100.00% on $308.73; Filed: $0.00 for FICA Voided on 01/11/11 | 5300-000 | | 308.73 | 5,291.12 |
| 12/31/10 | 108 | Internal Revenue Service | Dividend paid 100.00% on $72.24; Filed: $0.00 for Medicare Voided on 01/11/11 | 5300-000 | | 72.24 | 5,218.88 |
| 12/31/10 | 109 | Internal Revenue Service | Dividend paid 100.00% on $308.73; Filed: $0.00 for FICA Voided on 01/11/11 | 5800-000 | | 308.73 | 4,910.15 |
| 12/31/10 | 110 | Internal Revenue Service | Dividend paid 100.00% on $72.24; Filed: $0.00 for Medicare Voided on 01/11/11 | 5800-000 | | 72.24 | 4,837.91 |
| 12/31/10 | 111 | Internal Revenue Service | Dividend paid 100.00% on $39.86; Filed: $0.00 for FUTA Voided on 01/11/11 | 5800-000 | | 39.86 | 4,798.05 |
| 12/31/10 | 112 | Kansas Emplyment Security Fund | Dividend paid 100.00% on $199.19; Filed: | 5800-000 | | 199.19 | 4,598.86 |

Subtotals : $14,111.47 $9,512.61

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | | |
|---|---|---|
| **Case Number:** 05-20627-7 RDB | **Trustee:** | Carl R. Clark (360100) |
| **Case Name:** Object Resources, Inc. | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-05925398-66 - Checking Account |
| **Taxpayer ID #:** 22-3373021 | **Blanket Bond:** | $19,000,000.00 (per case limit) |
| **Period Ending:** 08/03/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | $0.00 for SUTA<br>Voided on 01/11/11 | | | | |
| 12/31/10 | 113 | Rakesh Domalapalli | Dividend paid 100.00% on $657.53; Claim No. 2; Filed: $712.00; Reference: 73021<br>Voided on 01/11/11 | 5300-000 | | 657.53 | 3,941.33 |
| 12/31/10 | 114 | Mahendra Sreerama | Dividend paid 100.00% on $657.53; Claim No. 4; Filed: $712.00; Reference: 009830<br>Voided on 01/11/11 | 5300-000 | | 657.53 | 3,283.80 |
| 12/31/10 | 115 | Sathiamuthy Ganesan | Dividend paid 100.00% on $657.53; Claim No. 7; Filed: $712.00; Reference:<br>Voided on 01/11/11 | 5300-000 | | 657.53 | 2,626.27 |
| 12/31/10 | 116 | Rajkumar W. Thomas Ponnusamy | Dividend paid 100.00% on $653.68; Claim No. 12; Filed: $707.83; Reference:<br>Voided on 01/11/11 | 5300-000 | | 653.68 | 1,972.59 |
| 12/31/10 | 117 | Rajesh B. Salian | Dividend paid 100.00% on $657.53; Claim No. 13; Filed: $712.00; Reference: 021093<br>Voided on 01/11/11 | 5300-000 | | 657.53 | 1,315.06 |
| 12/31/10 | 118 | Vinay P. Menon | Dividend paid 100.00% on $657.53; Claim No. 21; Filed: $712.00; Reference:<br>Voided on 01/11/11 | 5300-000 | | 657.53 | 657.53 |
| 12/31/10 | 119 | Mahadevan S. Puliadi | Dividend paid 100.00% on $657.53; Claim No. 23; Filed: $712.00; Reference:<br>Voided on 01/11/11 | 5300-000 | | 657.53 | 0.00 |
| 01/11/11 | 101 | Carl R. Clark | Dividend paid 100.00% on $2,161.15, Trustee Compensation; Reference:<br>Voided: check issued on 12/31/10 | 2100-000 | | -2,161.15 | 2,161.15 |
| 01/11/11 | 102 | Carl R. Clark | Dividend paid 100.00% on $500.00, Trustee Expenses; Reference:<br>Voided: check issued on 12/31/10 | 2200-000 | | -500.00 | 2,661.15 |
| 01/11/11 | 103 | Kane, Mitchell Co., L.L.C. | Dividend paid 100.00% on $3,100.00, Accountant for Trustee Fees (Other Firm); Reference:<br>Voided: check issued on 12/31/10 | 3410-000 | | -3,100.00 | 5,761.15 |
| 01/11/11 | 104 | Lentz Clark Deines PA | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: 20 05-2091<br>Voided: check issued on 12/31/10 | 3110-000 | | -1,500.00 | 7,261.15 |
| 01/11/11 | 105 | Lentz Clark Deines PA | Dividend paid 100.00% on $250.47, Attorney for Trustee Expenses (Trustee Firm); Reference: 20 05-2091 | 3120-000 | | -250.47 | 7,511.62 |

| | | Subtotals : | $0.00 | $-2,912.76 | |
|---|---|---|---|---|---|

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| | | |
|---|---|---|
| **Case Number:** 05-20627-7 RDB | **Trustee:** | Carl R. Clark (360100) |
| **Case Name:** Object Resources, Inc. | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-05925398-66 - Checking Account |
| **Taxpayer ID #:** 22-3373021 | **Blanket Bond:** | $19,000,000.00 (per case limit) |
| **Period Ending:** 08/03/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided: check issued on 12/31/10 | | | | |
| 01/11/11 | 106 | U.S. Bankruptcy Court | Dividend paid 100.00% on $1,000.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: COURT COSTS  Voided: check issued on 12/31/10 | 2700-000 | | -1,000.00 | 8,511.62 |
| 01/11/11 | 107 | Internal Revenue Service | Dividend paid 100.00% on $308.73; Filed: $0.00 for FICA  Voided: check issued on 12/31/10 | 5300-000 | | -308.73 | 8,820.35 |
| 01/11/11 | 108 | Internal Revenue Service | Dividend paid 100.00% on $72.24; Filed: $0.00 for Medicare  Voided: check issued on 12/31/10 | 5300-000 | | -72.24 | 8,892.59 |
| 01/11/11 | 109 | Internal Revenue Service | Dividend paid 100.00% on $308.73; Filed: $0.00 for FICA  Voided: check issued on 12/31/10 | 5800-000 | | -308.73 | 9,201.32 |
| 01/11/11 | 110 | Internal Revenue Service | Dividend paid 100.00% on $72.24; Filed: $0.00 for Medicare  Voided: check issued on 12/31/10 | 5800-000 | | -72.24 | 9,273.56 |
| 01/11/11 | 111 | Internal Revenue Service | Dividend paid 100.00% on $39.86; Filed: $0.00 for FUTA  Voided: check issued on 12/31/10 | 5800-000 | | -39.86 | 9,313.42 |
| 01/11/11 | 112 | Kansas Emplyment Security Fund | Dividend paid 100.00% on $199.19; Filed: $0.00 for SUTA  Voided: check issued on 12/31/10 | 5800-000 | | -199.19 | 9,512.61 |
| 01/11/11 | 113 | Rakesh Domalapalli | Dividend paid 100.00% on $657.53; Claim No. 2; Filed: $712.00; Reference: 73021  Voided: check issued on 12/31/10 | 5300-000 | | -657.53 | 10,170.14 |
| 01/11/11 | 114 | Mahendra Sreerama | Dividend paid 100.00% on $657.53; Claim No. 4; Filed: $712.00; Reference: 009830  Voided: check issued on 12/31/10 | 5300-000 | | -657.53 | 10,827.67 |
| 01/11/11 | 115 | Sathiamuthy Ganesan | Dividend paid 100.00% on $657.53; Claim No. 7; Filed: $712.00; Reference:  Voided: check issued on 12/31/10 | 5300-000 | | -657.53 | 11,485.20 |
| 01/11/11 | 116 | Rajkumar W. Thomas Ponnusamy | Dividend paid 100.00% on $653.68; Claim No. 12; Filed: $707.83; Reference:  Voided: check issued on 12/31/10 | 5300-000 | | -653.68 | 12,138.88 |
| 01/11/11 | 117 | Rajesh B. Salian | Dividend paid 100.00% on $657.53; Claim No. 13; Filed: $712.00; Reference: 021093  Voided: check issued on 12/31/10 | 5300-000 | | -657.53 | 12,796.41 |
| 01/11/11 | 118 | Vinay P. Menon | Dividend paid 100.00% on $657.53; Claim No. | 5300-000 | | -657.53 | 13,453.94 |

Subtotals: $0.00 $-5,942.32

{} Asset reference(s)  Case 05-20627   Doc# 83   Filed 08/03/11   Page 14 of 16   Printed: 08/03/2011 10:20 AM   V.12.57

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-20627-7 RDB  
**Case Name:** Object Resources, Inc.  
**Taxpayer ID #:** 22-3373021  
**Period Ending:** 08/03/11  

**Trustee:** Carl R. Clark (360100)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-05925398-66 - Checking Account  
**Blanket Bond:** $19,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 21; Filed: $712.00; Reference: Voided: check issued on 12/31/10 | | | | |
| 01/11/11 | 119 | Mahadevan S. Puliadi | Dividend paid 100.00% on $657.53; Claim No. 23; Filed: $712.00; Reference: Voided: check issued on 12/31/10 | 5300-000 | | -657.53 | 14,111.47 |
| 02/09/11 | 120 | Kane, Mitchell Co., L.L.C. | Dividend paid 100.00% on $3,100.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,100.00 | 11,011.47 |
| 02/09/11 | 121 | Lentz Clark Deines PA | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: 20 05-2091 | 3110-000 | | 1,500.00 | 9,511.47 |
| 02/09/11 | 122 | Lentz Clark Deines PA | Dividend paid 100.00% on $250.47, Attorney for Trustee Expenses (Trustee Firm); Reference: 20 05-2091 | 3120-000 | | 250.47 | 9,261.00 |
| 02/09/11 | 123 | U.S. Bankruptcy Court | Dividend paid 100.00% on $1,000.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: COURT COSTS | 2700-000 | | 1,000.00 | 8,261.00 |
| 02/09/11 | 124 | U.S. Treasury | Dividend paid 100.00% on $235.21; Filed: $0.00 for FICA | 5300-000 | | 235.21 | 8,025.79 |
| 02/09/11 | 125 | U.S. Treasury | Dividend paid 100.00% on $81.20; Filed: $0.00 for Medicare | 5300-000 | | 81.20 | 7,944.59 |
| 02/09/11 | 126 | U.S. Treasury | Dividend paid 100.00% on $1,399.95; Filed: $0.00 for FIT | 5300-000 | | 1,399.95 | 6,544.64 |
| 02/09/11 | 127 | Kansas Withholding Tax | Dividend paid 100.00% on $279.98; Filed: $0.00 for Kansas WHolding | 5300-000 | | 279.98 | 6,264.66 |
| 02/09/11 | 128 | Rakesh Domalapalli | Dividend paid 100.00% on $515.22; Claim No. 2; Filed: $800.65; Reference: 73021 Stopped on 05/18/11 | 5300-000 | | 515.22 | 5,749.44 |
| 02/09/11 | 129 | Mahendra Sreerama | Dividend paid 100.00% on $515.22; Claim No. 4; Filed: $800.65; Reference: 009830 Voided on 03/22/11 | 5300-000 | | 515.22 | 5,234.22 |
| 02/09/11 | 130 | Sathiamuthy Ganesan | Dividend paid 100.00% on $515.22; Claim No. 7; Filed: $800.65; Reference: | 5300-000 | | 515.22 | 4,719.00 |
| 02/09/11 | 131 | Rajkumar W. Thomas Ponnusamy | Dividend paid 100.00% on $512.19; Claim No. 12; Filed: $795.95; Reference: | 5300-000 | | 512.19 | 4,206.81 |
| 02/09/11 | 132 | Rajesh B. Salian | Dividend paid 100.00% on $515.22; Claim No. 13; Filed: $800.65; Reference: 021093 | 5300-000 | | 515.22 | 3,691.59 |
| 02/09/11 | 133 | Vinay P. Menon | Dividend paid 100.00% on $515.22; Claim No. 21; Filed: $800.65; Reference: | 5300-000 | | 515.22 | 3,176.37 |

Subtotals: $0.00    $10,277.57

{} Asset reference(s)    Case 05-20627    Doc# 83    Filed 08/03/11    Page 15 of 16    Printed: 08/03/2011 10:20 AM    V.12.57

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-20627-7 RDB | | Trustee: | Carl R. Clark (360100) |
|---|---|---|---|---|
| Case Name: | Object Resources, Inc. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-05925398-66 - Checking Account |
| Taxpayer ID #: | 22-3373021 | | Blanket Bond: | $19,000,000.00 (per case limit) |
| Period Ending: | 08/03/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/11 | 134 | Mahadevan S. Puliadi | Dividend paid 100.00% on $515.22; Claim No. 23; Filed: $800.65; Reference: | 5300-000 | | 515.22 | 2,661.15 |
| 02/09/11 | 135 | Carl R. Clark | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,661.15 | 0.00 |
| | | | Dividend paid 100.00%     2,161.15 on $2,161.15;  Claim# ; Filed: $2,161.15 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     500.00 on $500.00;  Claim# ; Filed: $500.00 | 2200-000 | | | 0.00 |
| 03/22/11 | 129 | Mahendra Sreerama | Dividend paid 100.00% on $515.22; Claim No. 4; Filed: $800.65; Reference: 009830 Voided: check issued on 02/09/11 | 5300-000 | | -515.22 | 515.22 |
| 05/18/11 | 128 | Rakesh Domalapalli | Dividend paid 100.00% on $515.22; Claim No. 2; Filed: $800.65; Reference: 73021 Stopped: check issued on 02/09/11 | 5300-000 | | -515.22 | 1,030.44 |
| 05/18/11 | 136 | Rakesh Domalapalli | 021093 | 5300-000 | | 515.22 | 515.22 |
| 06/21/11 | 137 | U.S. Bankruptcy Court | Unclaimed Funds of Mahendra Sreerama Claim 4 | 5300-001 | | 515.22 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 14,111.47 | 14,111.47 | $0.00 |
| Less: Bank Transfers | 14,111.47 | 0.00 | |
| Subtotal | 0.00 | 14,111.47 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $14,111.47 | |

Net Receipts :   14,111.47
Net Estate :   $14,111.47

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 312-5925398-65 | 14,106.88 | 0.00 | 0.00 |
| MMA # 9200-05925398-65 | 4.59 | 0.00 | 0.00 |
| Checking # 9200-05925398-66 | 0.00 | 14,111.47 | 0.00 |
| | $14,111.47 | $14,111.47 | $0.00 |